

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00473-CV

**ATLAS TOWING AND STORAGE, LLC**,
Appellant

v.

**OTR LEASING, LLC**,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 2020CV00757
Honorable Gloria Saldana, Judge Presiding

PER CURIAM

Sitting:    Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: January 20, 2021

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on November 13, 2020. Appellant failed to file its brief or a motion for extension of time. On December 8, 2020, we issued an order informing appellant that its brief was overdue and directing it to file, on or before December 22, 2020, its brief and a written response reasonably explaining why appellee was not significantly injured by appellant's failure to timely file a brief. We advised appellant that if it failed to file a brief and a written response by the date ordered, we would dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an

appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order). Appellant has not filed its brief or otherwise responded to our December 8, 2020 order. Therefore, this appeal is dismissed for want of prosecution.

PER CURIAM